THE STATE OF OHIO, APPELLANT, *v.* JOHNSON, APPELLEE.

[Cite as *State v. Johnson*, 126 Ohio St.3d 1211, 2010-Ohio-3214.]

(No. 2009–1552—Submitted June 8, 2010—Decided July 13, 2010.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Ron O'Brien, Franklin County Prosecuting Attorney, Steven L. Taylor, Chief Counsel, Appellate Division, and Sheryl L. Prichard, Assistant Prosecuting Attorney, for appellant.

Yeura R. Venters, Franklin County Public Defender, and Allen V. Adair and Timothy E. Pierce, Assistant Public Defenders, for appellee.